## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Michael Bryson Grosz, | ) | Judge Peter D. Welte |
| | ) | Magistrate Judge Alice R. Senechal |
| Plaintiff, | ) | |
| | ) | CASE NO. |
| | ) | 3:25-cv-00131-ARS |
| v. | ) | |
| | ) | |
| Trans Union LLC, | ) | **NOTICE OF SETTLEMENT** |
| | ) | **WITH TRANS UNION, LLC** |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**PLEASE BE ADVISED** that the above-named Plaintiff and Defendant Trans Union, LLC., have settled all asserted claims between them. The Plaintiff will file a Stipulation of Dismissal as soon as the settlement documents have been executed, which the Plaintiff anticipates will take approximately two weeks.

Dated: June 27, 2025

**MINNDAK LAW**

/s/Catrina Smith
Catrina Smith  (#0403229)
625 Main Ave, Suite 152
Moorhead, MN 56560
701.840.6993
csmith@minndaklaw.com
ATTORNEY FOR PLAINTIFF

1

00147-Grosz